**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS ELIASON** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 24-2534** |
| | : | |
| **ALLIED UNIVERSAL** | : | |
| **SECURITY SERVICES** | : | |

## ORDER

This 13th day of July, 2026, for the reasons given in the accompanying Memorandum, it

is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 54, is **GRANTED**

 /s/ Gerald Austin McHugh
United States District Judge